UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CELSO CRISTOBAL MATIAS MIRANDA,

        Petitioner,

v.

JOHN GRADISKA et al.,

        Respondents.
_____/

Case No. 1:26-cv-6

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE as moot**.

Dated: February 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE